UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IDA MAE BARDWELL,<br><br>    Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA,<br><br>    Defendant. | Case No: C 17-3212 SBA<br><br>**ORDER DISMISSING ACTION** |

The Court having received no response to its Order to Show Cause re Dismissal,

IT IS HEREBY ORDERED THAT the instant action is DISMISSED.

IT IS SO ORDERED.

Dated: 9/22/20

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge